CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 13, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OLIVIA MARIE ORT,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST VIRGINIA JAIL AUTHORITY,<br><br>    Defendant. | Civil Action No. 7:24-cv-00502<br><br>**MEMORANDUM OPINION**<br><br>By:  Hon. Thomas T. Cullen<br>       United States District Judge |

Plaintiff Olivia Marie Ort, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By Order entered August 6, 2024, the Court advised Plaintiff that she must notify the Court in writing immediately upon her transfer or release and provide the Court with her new address. (ECF No. 3, at 3.) The Court further advised Plaintiff that her failure to provide an updated address would result in dismissal of this action. (*Id.*)

On August 19, 2024, an order mailed to Plaintiff was returned to the Court as undeliverable, indicating that Plaintiff is no longer incarcerated at Southwest Virginia Regional Jail and did not provide a forwarding address. (*See* ECF No. 4.) To date, Plaintiff has not provided the Court with an updated address. Accordingly, the Court will dismiss this action without prejudice for failure to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). The Court notes that this dismissal is without prejudice to Plaintiff's opportunity to refile her claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to Plaintiff at her last known address.

**ENTERED** this 13th day of September, 2024.

    */s/ Thomas T. Cullen*
    HON. THOMAS T. CULLEN
    UNITED STATES DISTRICT JUDGE